# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG National Capital LLC <br><br> PLAINTIFF(S) <br> v. <br> Gary, Williams, Finney, Lewis, Watson, and Sperando P.L. et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 11-09988 ODW(AJWx) <br><br> ORDER TO REASSIGN CASE PURSUANT TO SECTION 6.0 OF GENERAL ORDER 08-05 |

On    10/21/2011   , Civil Case No. 11-4538 PSG(PJWx) was closed by means of Order Granting Motion to Transfer Venue   by Judge Philip S. Gutierrez   .

Pursuant to Section 6.0 of General Order 08-05 , when a case is closed and the identical case is re-filed, the complaint or petition shall be transferred to the originally assigned Judge.

Therefore, IT IS ORDERED that:

X  the above-entitled case be transferred to the calendar of Judge   Philip S. Gutierrez   for all further proceedings.

☐ the above-entitled case having been randomly assigned to Judge _____, the Clerk shall reassign the Magistrate Judge assigned to hear any discovery matters that are or may be referred.

December 7, 2011

_____          _____
Date                                                                  James V. Selna
                                                                      Chair, Case Management & Assignment Committee

## Notice to Counsel from the Clerk

Any discovery matters that are or may be referred to a Magistrate Judge are hereby referred to Magistrate Judge Patrick J. Walsh   .

On all documents subsequently filed in this case, please substitute the initials SJO(PJWx) after the case number in place of the initials of the prior judge so that the case number will read CV 11-09988 PSG(PJWx) This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
X Western   ☐ Southern   ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the   X Western   ☐ Southern   ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

*cc:* ☐*Previous Judge*         ☐*Statistics Clerk*

---

CV-81 (05/08)          **ORDER TO REASSIGN CASE PURSUANT TO SECTION 6.0 OF GENERAL ORDER 08-05**