UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | CV 11-9988-PSG (PJWx) | Date: | December 9, 2011 |
|---|---|---|---|
| Title: | LFG National Capital LLC v. Gary, Williams, Finney, Lewis, Watson, and Sperando P.L. et al | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                                Not Present

Proceedings (In Chambers):   **CASE TRANSFERRED TO JUDGE GUTIERREZ**

**PLEASE BE ADVISED** that this action has been reassigned to the Honorable Philip S. Gutierrez, United States District Judge.

Accordingly, please substitute the initials **PSG** in place of the initials **ODW (AJWx)**. The case number will now read: **CV 11-9988-PSG (PJWx)**. Henceforth, it is imperative that the initials PSG be used on all documents to prevent any delays in processing of documents.

The Courtroom Deputy Clerk for Judge Gutierrez is Wendy K. Hernandez, and she may be reached at (213) 894-8899 or by email at *wendy_hernandez@cacd.uscourts.gov*. The Courtroom is located on the 8th floor of the Roybal Federal Building, Courtroom 880. Additional information about Judge Gutierrez may be found on the Court's website at *www.cacd.uscourts.gov*.

Please be advised that mandatory chambers copies of all electronically filed documents must be delivered to Courtroom 880 the following business day before Noon. The copies shall include the E-Filed Header and/or the E-Filing Confirmation sheet. Failure to comply may result in the imposition of monetary sanctions. In addition, all proposed orders must be electronically mailed in WordPerfect or Microsoft Word to the Judge's generic e-mail address at: *psg_chambers@cacd.uscourts.gov*.

Lastly, please also review the Judge's <u>Closed</u> <u>Motion</u> <u>Dates</u> located on the Judge's web site before noticing a motion for hearing, as the Clerk does not reserve hearing dates. Failure to comply, may result in the motion being stricken from the record and/or in the imposition of monetary sanctions.

Initials of Preparer          wkh