Andrea L. Voelker
avoelker@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10011
Telephone:  212-408-5191

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG National Capital LLC<br><br>Plaintiff(s)<br>v.<br>Gary, Williams, Finney, Lewis, Watson, and Sperando P.L. et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:11-cv-09988-PSG-PJW<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of __Andrea L. Voelker__, of __Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY  10011__
  *Applicant=s Name*                                                                        *Firm Name / Address*

__212-408-5191__                                                                            __avoelker@chadbourne.com__
  *Telephone Number*                                                                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   ☒ Plaintiff   ☐ Defendant

☐ Intervener or other interested person _____

and the designation of __Robin D. Ball/159698__
  *Local Counsel Designee /State Bar Number*

of __Chadbourne & Parke LLP, 350 South Grand Ave., 32nd Floor, Los Angeles, CA  90071__
  *Local Counsel Firm / Address*

__213-892-2025__                                                                            __rball@chadbourne.com__
  *Telephone Number*                                                                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

  ☐ GRANTED

  ☐ DENIED.  Fee shall be returned by the Clerk.

  ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.


Dated _____                    _____
                                                 U. S. District Judge/U.S. Magistrate Judge


GB64 ORDER (11/10)        **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**