ROBIN D. BALL (State Bar No. 159698)
rball@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone:  (213) 892-1000
Facsimile:   (213) 892-2045

Scott S. Balber *(Adm. pro hac vice)*
sbalber@chadbourne.com
Jonathan C. Cross *(Adm. pro hac vice)*
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:   (212) 541-5369

Attorneys for Plaintiff and Counterdefendants
LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC.,
and LFG SERVICING, LLC

Harvey Saferstein (State Bar No. 49750)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
Century Plaza Towers, 2029 Century Park East
Suite 1370
Los Angeles, California 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendants and Counterclaimant
GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L.,
WILLIE GARY and LORENZO WILLIAMS

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS,<br>WATSON & SPERANDO, P.L., WILLIE<br>GARY, and LORENZO WILLIAMS,<br><br>                    Defendants. | Case No. CV11-09988 PSG (PJWx)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO SET DATES FOR MOTIONS AND SCHEDULING CONFERENCE (L.R. 7-1)**<br><br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880<br>Hearing Date: February 13, 2012<br>Scheduling Conference Date: March 5, 2012 |

GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,

                                    Counterclaimant,

             v.

LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC

                                    Counterdefendants.

_____

Having considered the parties' Stipulation to Set Dates for Motions and Scheduling Conference;

IT IS HEREBY ORDERED, that:

1.      Plaintiff and Counterdefendants shall serve their renewed Motion to Transfer Venue no later than December 16, 2012;

2.      Defendants shall serve their opposition papers to the Plaintiff and Counterdefendants' renewed Motion to Transfer Venue no later than January 17, 2012;

3.      Plaintiff and Counterdefendants shall serve their reply papers no later than January 30, 2012;

4.      The designated date for the hearing of the Motion to Dismiss, the Motion to Dismiss Counterclaims, the Motion for Leave to Amend and the renewed Motion to Transfer Venue shall be February 13, 2012 or _____; and

5.      The Scheduling Conference shall take place on March 5, 2012 or _____.

**IT IS SO ORDERED.**

Dated: _____          _____

                                    Honorable Philip S. Gutierrez
                                    Judge of the United States District Court for the
                                    Central District of California

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

[PROPOSED] ORDER APPROVING STIPULATION TO SET DATES
FOR MOTIONS AND SCHEDULING CONFERENCE (L.R. 7-1)

CPAM: 4364157.1