Andrea L. Voelker
avoelker@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10011
Telephone:  212-408-5191

E-FILED 12/13/2011
LINK TO DOC. # 99
FEE PAID 12/12/11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG National Capital LLC <br><br> Plaintiff(s) <br> v. <br> Gary, Williams, Finney, Lewis, Watson, and Sperando P.L. et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:11-cv-09988-PSG-PJW <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of   __Andrea L. Voelker__  , of   __Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY  10011__
        *Applicant's Name*                              *Firm Name / Address*

   __212-408-5191__                                    __avoelker@chadbourne.com__
     *Telephone Number*                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☑ Plaintiff   ☐ Defendant

☐ Intervener or other interested person _____

and the designation of   __Robin D. Ball/159698__
                      *Local Counsel Designee /State Bar Number*

of   __Chadbourne & Parke LLP, 350 South Grand Ave., 32nd Floor, Los Angeles, CA  90071__
              *Local Counsel Firm / Address*

   __213-892-2025__                                    __rball@chadbourne.com__
     *Telephone Number*                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated   12/13/11                    **PHILIP S. GUTIERREZ**

                                    U. S. District Judge