1  ROBIN D. BALL (State Bar No. 159698)
   rball@chadbourne.com
2  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, 32nd Floor
3  Los Angeles, California 90071
   Telephone:  (213) 892-1000
4  Facsimile:  (213) 892-2045

**NOTE CHANGES MADE BY THE COURT.**

E-FILED 12/15/11

5  Scott S. Balber *(Adm. pro hac vice)*
   sbalber@chadbourne.com
6  Jonathan C. Cross *(Adm. pro hac vice)*
   jcross@chadbourne.com
7  CHADBOURNE & PARKE LLP
   30 Rockefeller Plaza
8  New York, New York 10112
   Telephone:  (212) 408-5100
9  Facsimile:  (212) 541-5369

10 Attorneys for Plaintiff and Counterdefendants
   LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC.,
11 and LFG SERVICING, LLC

12 Harvey Saferstein (State Bar No. 49750)
   MINTZ, LEVIN, COHN, FERRIS,
13 GLOVSKY AND POPEO, P.C.
   Century Plaza Towers, 2029 Century Park East
14 Suite 1370
   Los Angeles, California 90067
15 Telephone: (310) 586-3200
   Facsimile: (310) 586-3202
16
17 Attorneys for Defendants and Counterclaimant
   GARY, WILLIAMS, FINNEY, LEWIS,
   WATSON & SPERANDO, P.L.,
18 WILLIE GARY and LORENZO WILLIAMS

19              UNITED STATES DISTRICT COURT
20
21         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS,<br>WATSON & SPERANDO, P.L., WILLIE<br>GARY, and LORENZO WILLIAMS,<br><br>          Defendants. | Case No. CV11-09988 PSG (PJWx)<br><br>[~~PROPOSED~~] **ORDER APPROVING STIPULATION TO SET DATES FOR MOTIONS AND SCHEDULING CONFERENCE (L.R. 7-1)**<br><br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880<br>Hearing Date: February 13, 2012<br>Scheduling Conference Date: March 5, 2012 |

---

[PROPOSED] ORDER APPROVING STIPULATION TO SET DATES
FOR MOTIONS AND SCHEDULING CONFERENCE (L.R. 7-1)

CPAM: 4364157.1

| | |
|---|---|
| 1 | GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., |
| 2 | |
| 3 | Counterclaimant, |
| | v. |
| 4 | LFG NATIONAL CAPITAL, LLC, |
| 5 | LAWFINANCE GROUP, INC., and LFG SERVICING, LLC |
| 6 | |
| 7 | Counterdefendants. |

Having considered the parties' Stipulation to Set Dates for Motions and Scheduling Conference;

IT IS HEREBY ORDERED, that:

1. Plaintiff and Counterdefendants shall serve their renewed Motion to Transfer Venue no later than December 16, 2012;

2. Defendants shall serve their opposition papers to the Plaintiff and Counterdefendants' renewed Motion to Transfer Venue no later than January 17, 2012;

3. Plaintiff and Counterdefendants shall serve their reply papers no later than January 30, 2012;

4. The designated date for the hearing of the Motion to Dismiss, the Motion to Dismiss Counterclaims, the Motion for Leave to Amend and the renewed Motion to Transfer Venue shall be ~~February 13, 2012 or~~ 02/27/12 ; and

5. ~~The Scheduling Conference shall take place on March 5, 2012 or _____.~~ The Scheduling Conference will be scheduled after ruling on the motions.

**IT IS SO ORDERED.**

Dated: 12/15/11

PHILIP S. GUTIERREZ
Honorable Philip S. Gutierrez
Judge of the United States District Court for the Central District of California

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000