1  ROBIN D. BALL (State Bar No. 159698)
   rball@chadbourne.com
2  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, 32nd Floor
3  Los Angeles, California 90071
   Telephone:  (213) 892-1000
4  Facsimile:  (213) 892-2045

5  Scott S. Balber *(Adm. pro hac vice)*
   sbalber@chadbourne.com
6  Jonathan C. Cross *(Adm. pro hac vice)*
   jcross@chadbourne.com
7  CHADBOURNE & PARKE LLP
   30 Rockefeller Plaza
8  New York, New York 10112
   Telephone:  (212) 408-5100
9  Facsimile:  (212) 541-5369

10 Attorneys for Plaintiff and Counterdefendants
   LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and
11 LFG SERVICING, LLC

12

13                UNITED STATES DISTRICT COURT

14     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

15

16 LFG NATIONAL CAPITAL, LLC,          Case No. CV11-09988 PSG (PJWx)

17              Plaintiff,             **LFG NATIONAL CAPITAL, LLC,
                                       LAWFINANCE GROUP, INC., AND
18      v.                            LFG SERVICING, LLC'S NOTICE OF
                                       MOTION AND RENEWED MOTION
19 GARY, WILLIAMS, FINNEY, LEWIS,      TO TRANSFER VENUE**
   WATSON & SPERANDO, P.L., WILLIE
20 GARY, and LORENZO WILLIAMS,         Hearing Date: February 27, 2012
                                       Time:  1:30 p.m.
21              Defendants.            Judge:  Honorable Philip S. Gutierrez
                                       Courtroom:  880
22
   GARY, WILLIAMS, FINNEY, LEWIS,
23 WATSON & SPERANDO, P.L.,

24              Counterclaimant,

25      v.

26 LFG NATIONAL CAPITAL, LLC,
   LAWFINANCE GROUP, INC., and
27 LFG SERVICING, LLC

28              Counterdefendants.

NOTICE OF MOTION AND RENEWED MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that on February 27, 2012, at 1:30 p.m. or as soon

3   thereafter as the matter can be heard by the above-entitled Court, in the Courtroom of

4   the Honorable Philip S. Gutierrez (Courtroom 880) of the United States District Court

5   for the Central District of California, located at 255 East Temple Street, Los Angeles,

6   California 90012, Plaintiff LFG National Capital, LLC and Counterdefendants

7   LawFinance Group, Inc. and LFG Servicing, LLC will, and hereby do, move the Court

8   for an order transferring the venue of the above related action to the United States

9   District Court of the Northern District of New York.

10   This Motion is brought pursuant to 28 U.S.C. § 1404(a) on the grounds that "for

11   the convenience of parties and witnesses, in the interest of justice, a district court may

12   transfer any civil action to any other district in which it might have been brought."

13   This Motion is based on this Notice of Motion and Renewed Motion, the

14   Memorandum of Points and Authorities filed herewith, the other papers and records on

15   file in this action, and such further oral and documentary evidence as may come before

16   the Court upon the hearing of this matter.

17   The Motion is made following the conference of counsel pursuant to Local Rule

18   7-3.  Counsel for Plaintiff contacted Sarah J. Robertson, counsel for Defendant, on

19   September 20, 2011 and were able to discuss the substance of the contemplated motion

20   and any potential resolution.

21

22   December 16, 2011                    CHADBOURNE & PARKE LLP

23

24                                        By: _____/s/ Robin D. Ball_____
                                                         Robin D. Ball

25

26   *Attorneys for Plaintiff and Counterdefendants*
     LFG NATIONAL CAPITAL, LLC,
     LAWFINANCE GROUP, INC. and LFG

27   SERVICING, LLC

28

NOTICE OF MOTION AND RENEWED MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)