1  ROBIN D. BALL (State Bar No. 159698)
   rball@chadbourne.com
2  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, 32nd Floor
3  Los Angeles, California 90071
   Telephone:  (213) 892-1000
4  Facsimile:   (213) 892-2045

5  Scott S. Balber *(Adm. pro hac vice)*
   sbalber@chadbourne.com
6  Jonathan C. Cross *(Adm. pro hac vice)*
   jcross@chadbourne.com
7  CHADBOURNE & PARKE LLP
   30 Rockefeller Plaza
8  New York, New York 10112
   Telephone:  (212) 408-5100
9  Facsimile:   (212) 541-5369

10 Attorneys for Plaintiff and Counterdefendants
   LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and
11 LFG SERVICING, LLC

12

13              UNITED STATES DISTRICT COURT

14        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

15

| | |
|---|---|
| 16  LFG NATIONAL CAPITAL, LLC, | Case No. CV11-09988 PSG (PJWx) |
| 17              Plaintiff, | **REQUEST FOR JUDICIAL NOTICE OF LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., AND LFG SERVICING, LLC IN SUPPORT OF LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC'S RENEWED MOTION TO TRANSFER VENUE** |
| 18        v. | |
| 19  GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS, | |
| 20 | |
| 21              Defendants. | |
| 22 | Hearing  Date: February 27, 2012 |
| 23  GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., | Time:  1:30 p.m. Judge:  Honorable Philip S. Gutierrez Courtroom:  880 |
| 24              Counterclaimant, | |
| 25        v. | |
| 26  LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC | |
| 27              Counterdefendants. | |
| 28 | |

Plaintiff LFG National Capital, LLC and Counterdefendants LawFinance Group, Inc. and LFG Servicing, LLC, by and through their attorneys, hereby request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents listed below and attached hereto:

    a.    On June 1, 2011 GE Capital Corporation filed an Amended Complaint in the case captioned General Electric Capital Corp. v. Willie E. Gary, et al., No. 11-CV-03671(VM) (S.D.N.Y.) (the "GE Litigation"). A true and correct copy is attached as **Exhibit A**.

The Court may take judicial notice of Exhibit A because pursuant to Federal Rule of Evidence 201, "[a] court may take judicial notice of pleadings, court orders, and judgments filed in another litigation." See Putman v. State Bar of CA, No. SACV 08-625, 2010 WL 3070435, *1 n.6 (C.D. Cal. June 25, 2010) (citing Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746 (9th Cir. 2006)).

December 16, 2011                    CHADBOURNE & PARKE LLP

                                     By:     /s/ Robin D. Ball
                                                      Robin D. Ball

*Attorneys for Plaintiff and Counterdefendants*
LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC. and LFG SERVICING, LLC