ROBIN D. BALL (State Bar No. 159698)
rball@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Scott S. Balber *(Adm. pro hac vice)*
sbalber@chadbourne.com
Jonathan C. Cross *(Adm. pro hac vice)*
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Attorneys for Plaintiff and Counterdefendants
LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>Defendants. | Case No. CV11-09988 PSG (PJWx)<br><br>**[PROPOSED] ORDER OF LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC GRANTING LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC'S RENEWED MOTION TO TRANSFER VENUE** |
| GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,<br><br>Counterclaimant,<br><br>v.<br><br>LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC<br><br>Counterdefendants. | Hearing Date: February 27, 2012<br>Time: 1:30 p.m.<br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |

[PROPOSED] ORDER RE: RENEWED MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Upon reviewing the papers filed by Plaintiff and Counterdefendant LFG NATIONAL CAPITAL, LLC, and Counterdefendants LAWFINANCE GROUP, INC. and LFG SERVICING, LLC in support of their Renewed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (the "Motion"), including the Memorandum of Points and Authorities, and all pleadings and proceedings heretofore had herein, the Court HEREBY FINDS and ORDERS as follows:

After considering the "various factors [that] have been approved by the Ninth Circuit, such as: (1) the location where the relevant agreements were negotiated and executed, (2) the state that is most familiar with the governing law, (3) the plaintiff's choice of forum, (4) the respective parties' contacts with the forum, (5) the contacts relating to the plaintiff's cause of action in the chosen forum, (6) the differences in the costs of litigation in the two forums, (7) the availability of compulsory process to compel attendance of unwilling non-party witnesses, and (8) the ease of access to sources of proof ," see F.T.C. v. Watson Pharmaceuticals, Inc., 611 F. Supp. 2d 1081, 1086 (C.D. Cal. 2009) (citing Jones v. GNC Franchising, Inc., 211 F.3d 495, 498-99 (9th Cir. 2000)), the Court finds that "for the convenience of parties and witnesses, in the interest of justice," venue is appropriate in the United States District Court of the Northern District of New York. See 28 U.S.C. § 1404(a).

Transfer is particularly appropriate where an action concerns property located in another district, and the escrow account at the heart of this dispute, made pursuant to an order in the case Simpson v. New York State Department of Civil Service, No. 03 Civ. 9433 (N.D.N.Y.) (the "Simpson action"), is located in the Northern District of New York. See Leskinen v. Halsey, No. 2:10–cv–03363, 2011 WL 4056121, *6 (E.D. Cal. Sept. 12, 2011); Edwards v. Mallory, 1996 WL 681973, *2 (N.D. Cal. Nov. 18, 1996). An order of transfer would serve both the convenience of the parties and the interests of judicial economy, because the core issues in this action must inevitably be decided by the Hon. David N. Hurd in the course of adjudicating entitlement to the escrow fund and prospective fee payments related to the Simpson case. Further, the transfer of this

2

[PROPOSED] ORDER RE: RENEWED MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

action to the Northern District of New York -- where Defendants litigated the <u>Simpson</u> case and generated the <u>Simpson</u> fee -- will be no less convenient than the adjudication of this action in California.

IT IS HEREBY ORDERED THAT Plaintiff and Counterdefendants' Renewed Motion to Transfer Venue, is GRANTED.

Dated: _____

Honorable Philip S. Gutierrez
Judge of the United States District Court for the
Central District of California