MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein, Esq. (SBN: 49750)
Nada I. Shamonki, Esq. (SBN: 205359)
Sarah J. Robertson, Esq. (SBN: 243364)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone:  310.586.3200
Fax:  310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com,
and srobertson@mintz.com

Attorneys for Defendant and Counterclaimant
GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L., and Defendants
WILLIE GARY, and LORENZO WILLIAMS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff,<br>v.<br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>Defendants. | Case No. CV11-09988 PSG (PJWx)<br><br>**STIPULATION TO CONTINUE HEARING RE MOTIONS TO DISMISS, MOTION FOR LEAVE TO AMEND COMPLAINT, AND RENEWED MOTION TO TRANSFER VENUE** |
| GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,<br><br>Counterclaimants,<br>v.<br>LFG NATIONAL CAPITAL, LLC; LAWFINANCE GROUP, INC.; and LFG SERVICING, LLC,<br><br>Counterdefendants. | OLD HEARING DATE:<br>DATE:     February 27, 2012<br>TIME:     1:30 p.m.<br>CTRM:    880<br><br>NEW HEARING DATE:<br>DATE:     March 5, 2012<br>TIME:     1:30 p.m.<br>CTRM:    880<br><br>Judge:     Honorable Philip S. Gutierrez<br>Courtroom:       880 |

WHEREAS, Plaintiff and Counterdefendant LFG National Capital, LLC and Counterdefendants LawFinance Group, Inc. and LFG Servicing, LLC (hereinafter "LFG") and Defendant and Counterclaimant Gary, Williams, Finney, Lewis, Watson & Sperando, P.L. and Defendants Willie Gary, and Lorenzo Williams (hereinafter "Defendants") (collectively, the "Parties") have agreed, subject to Court approval, to continue the hearing on Defendants' Motion to Dismiss the Second Claim for Relief in Plaintiff's Complaint, LFG's Motion to Dismiss Counterclaims, LFG's Motion for Leave to Amend the Complaint, and LFG's renewed Motion to Transfer Venue (the "Motion Hearing");

WHEREAS, the Parties filed a Stipulation to Set Dates for Motions and Scheduling Conference (L.R. 7-1) on December 13, 2011 requesting a hearing date of February 13, 2012 (*see* Docket No. 100);

WHEREAS, on December 15, 2011, the Court issued an order scheduling the Motion Hearing on February 27, 2012 at 1:30 p.m. in Courtroom 880 (*see* Docket No. 103);

WHEREAS, lead counsel for Defendants has a scheduling conflict on February 27, 2012, the same day as the Motion Hearing;

WHEREAS, in light of the scheduling conflict, the Parties wish to continue the Motion Hearing by one week to March 5, 2012, at 1:30 p.m.;

WHEREAS, the present continuance is not sought for any improper purpose;

WHEREAS, there has been one previous time modification in the case in regard to this Motion Hearing set by the Court (*see* Docket Nos. 100 and 103);

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES, through their respective undersigned counsel of record, that the hearing, currently scheduled on February 27, 2012 at 1:30 p.m., be continued one week to March 5, 2012 at 1:30 p.m. in Courtroom 880.

///

///

1    IT IS SO STIPULATED.

2

3    Dated:  December 20, 2011          Respectfully submitted,

4                                      CHADBOURNE & PARKE LLP

5

6                                      Scott S. Balber
                                       Jonathan C. Cross
7                                      Robin D. Ball

8                                      *Attorneys for Plaintiff and*
                                       *Counterdefendant LFG National Capital,*
9                                      *LLC, and Counterdefendants LawFinance*
                                       *Group, Inc. and LFG Servicing, LLC*

10

11   Dated:  December 20, 2011          Respectfully submitted,

12                                     MINTZ LEVIN COHN FERRIS
                                       GLOVSKY AND POPEO P.C.

13

14

15                                     Harvey I. Saferstein
                                       Nada I. Shamonki
16                                     Sarah J. Robertson

17                                     *Attorneys for Defendant and*
                                       *Counterclaimant GARY, WILLIAMS,*
18                                     *FINNEY, LEWIS, WATSON &*
                                       *SPERANDO, P.L., and Defendants*
19                                     *WILLIE GARY, and LORENZO*
                                       *WILLIAMS*

20

21

22

23

24

25

26

27

28

3

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**  )
                                )  ss
**COUNTY OF LOS
ANGELES**                 )
                                )

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

      I hereby certify that on December 20, 2011, the foregoing document(s): **STIPULATION TO CONTINUE HEARING RE MOTIONS TO DISMISS, MOTION FOR LEAVE TO AMEND COMPLAINT, AND RENEWED MOTION TO TRANSFER VENUE** was/were electronically filed with the Clerk of the Court using the CM/ECF system which will send will send a notice of electronic filing to the following CM/ECF registered party(ies):

> Robin D. Ball
> CHADBOURNE & PARKE LLP
> 350 South Grand Avenue, 32nd Floor
> Los Angeles, California 90071
> Telephone:(213) 892-1000
> Facsimile: (213) 892-2045
> Email:  rball@chadbourne.com
>
> Scott S. Balber
> Jonathan C. Cross
> CHADBOURNE & PARKE LLP
> 30 Rockefeller Plaza
> New York, New York 10112
> Telephone:(212) 408-5100
> Facsimile: (212) 541-5369
> Email:  sbalber@chadbourne.com; jcross@chadbourne.com
>
> *Attorneys for Plaintiff and Counterdefendants*

      I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2011, at Los Angeles, California.

_____
JAZMIN LEON

5881390v.2

1
PROOF OF SERVICE