MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein, Esq. (SBN: 49750)
Nada I. Shamonki, Esq. (SBN: 205359)
Sarah J. Robertson, Esq. (SBN: 243364)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com,
and srobertson@mintz.com

Attorneys for Defendant and Counterclaimant
GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L., and Defendants
WILLIE GARY and LORENZO WILLIAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC, | Case No. CV11-09988 PSG (PJWx) |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING HEARING RE MOTIONS TO DISMISS, MOTION FOR LEAVE TO AMEND COMPLAINT, AND RENEWED MOTION TO TRANSFER VENUE** |
| v. | |
| GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS, | |
| Defendants. | Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |

1

1 | Having reviewed the stipulation of the Parties, and good cause shown thereon, the Court now enters the stipulated order as follows:

The hearing on Defendants' Motion to Dismiss the Second Claim for Relief in Plaintiff's Complaint, LFG's Motion to Dismiss Counterclaims, LFG's Motion for Leave to Amend the Complaint, and LFG's renewed Motion to Transfer Venue, currently February 27, 2012, shall be continued to March 5, 2012 at 1:30 p.m. in Courtroom 880.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Philip S. Gutierrez
United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF LOS        )
ANGELES              )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on December 20, 2011, the foregoing document(s): **[PROPOSED] ORDER CONTINUING HEARING RE MOTIONS TO DISMISS, MOTION FOR LEAVE TO AMEND COMPLAINT, AND RENEWED MOTION TO TRANSFER VENUE** was/were electronically filed with the Clerk of the Court using the CM/ECF system which will send will send a notice of electronic filing to the following CM/ECF registered party(ies):

> Robin D. Ball
> CHADBOURNE & PARKE LLP
> 350 South Grand Avenue, 32nd Floor
> Los Angeles, California 90071
> Telephone:(213) 892-1000
> Facsimile: (213) 892-2045
> Email:  rball@chadbourne.com
>
> Scott S. Balber
> Jonathan C. Cross
> CHADBOURNE & PARKE LLP
> 30 Rockefeller Plaza
> New York, New York 10112
> Telephone:(212) 408-5100
> Facsimile: (212) 541-5369
> Email:  sbalber@chadbourne.com; jcross@chadbourne.com
>
> *Attorneys for Plaintiff and Counterdefendant*
> *LFG National Capital, LLC*

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2011, at Los Angeles, California.

*[signature]*
JAZMIN LEON

5881470v.2