MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein, Esq. (SBN: 49750)
Nada I. Shamonki, Esq. (SBN: 205359)
Sarah J. Robertson, Esq. (SBN: 243364)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com,
and srobertson@mintz.com

Attorneys for Defendant and Counterclaimant
GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L., and Defendants
WILLIE GARY and LORENZO WILLIAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>Defendants. | Case No. CV11-09988 PSG (PJWx)<br><br>**[PROPOSED] ORDER DENYING LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., AND LFG SERVICING, LLC'S RENEWED MOTION TO TRANSFER VENUE**<br><br>Hearing:<br>Date:      March 5, 2012<br>Time:      1:30 p.m.<br>Judge:     Honorable Philip S. Gutierrez<br>Courtroom:    880 |

///
///
///
///
///
///
///

1

1  Having considered LFG National Capital, LLC, LawFinance Group, Inc., and
2  LFG Servicing, LLC's ("LFG") Renewed Motion to Transfer Venue that came on
3  regularly for hearing before this Court on March 5, 2012 at 1:30 p.m., and after
4  consideration of the briefs and arguments of counsel, and all other matters presented
5  to the Court;

6  IT IS HEREBY ORDERED that Plaintiffs' motion is DENIED.

7  **IT IS SO ORDERED.**

10  Dated: _____      _____
11                                                         Hon. Philip S. Gutierrez
                                                       United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on January 17, 2012, the foregoing document(s): **[PROPOSED] ORDER DENYING LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., AND LFG SERVICING, LLC'S RENEWED MOTION TO TRANSFER VENUE** was/were electronically filed with the Clerk of the Court using the CM/ECF system which will send will send a notice of electronic filing to the following CM/ECF registered party(ies):

> Robin D. Ball
> CHADBOURNE & PARKE LLP
> 350 South Grand Avenue, 32nd Floor
> Los Angeles, California 90071
> Telephone:(213) 892-1000
> Facsimile: (213) 892-2045
> Email:  rball@chadbourne.com
>
> Scott S. Balber
> Jonathan C. Cross
> Andrea L. Voelker
> CHADBOURNE & PARKE LLP
> 30 Rockefeller Plaza
> New York, New York 10112
> Telephone:(212) 408-5100
> Facsimile: (212) 541-5369
> Email:  sbalber@chadbourne.com; jcross@chadbourne.com; avoelker@chadbourne.com
>
> *Attorneys for Plaintiff and Counterdefendants*

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 17, 2012, at Los Angeles, California.

_____
JAZMIN LEON

5896517v.1