Link to doc. # 44

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-9988 PSG (PJWx) | Date | March 8, 2012 |
|---|---|---|---|
| Title | LFG National Capital, LLC v. Gary, Williams, Finney, Lewis, Watson, & Sperando, P.L., et al. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(In Chambers) Order GRANTING Motion for Leave to Amend the Complaint**

Before the Court is Plaintiff's motion for leave to amend the Complaint.  Dkt. # 44.  The Court finds the matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78; L.R. 7-15.  After considering the moving and opposing papers, the Court GRANTS the motion for leave to amend the Complaint.


**IT IS SO ORDERED.**